COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Hector Cortez v. Veronica Garza Cortez

Appellate case number:      01-19-00296-CV

Trial court case number:    12-DCV-199184

Trial court:                505th District Court of Fort Bend County

On September 3, 2019, appellant, Hector Cortez, filed his appellant's brief. Appellee, Veronica Garza Cortez, had a briefing deadline of October 3, 2019, in which to file her brief, but no brief has been filed. On October 9, 2019, we notified appellee that we would set the case for submission without an appellee's brief unless appellee: (1) filed a motion to extend time to file her brief; or (2) filed her brief accompanied by a motion to extend time. Appellee has neither filed a motion to extend time nor filed her appellee's brief. Accordingly, this appeal is hereby set at issue.

The time for filing the APPELLEE's brief has expired. *See* TEX. R. APP. P. 38.6(b). Further, the deadline has expired for appellee to respond to the notice issued by the Clerk of this Court on October 9, 2019, requiring appellee to file either a brief or a motion to extend time to file a brief. Accordingly, this case is now at issue and ready to be set for submission.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                      ☑ Acting individually    ☐ Acting for the Court

Date:  __December 19, 2019_____